JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STARK III,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:22-cv-05384-CAS-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration is affirmed. Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

DATED: February 12, 2024

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE